# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cheryl Ellison and Harvey Ellison,<br><br>Plaintiffs<br><br>v.<br><br>Johnson & Johnson Services, Inc., et al.,<br><br>Defendants | Case No. 2:23-cv-00011-CDS-EJY<br><br>**Order Granting Plaintiff's Motion for Scheduling Conference**<br><br>[ECF No. 53] |

This products liability case was transferred from the Northern District of Texas to the District of Nevada on December 30, 2022. ECF No. 38. Plaintiffs Cheryl and Harvey Ellison requested a status conference to discuss setting this matter for jury trial and establishing any remaining deadlines. ECF No. 53. As the joint pretrial order is still due, plaintiffs' motion [ECF No. 53] is GRANTED.

I will conduct a videoconference with the parties on **March 16, 2023, at 10:00 a.m. PDT**. My Courtroom Deputy, Denise Saavedra, will provide access information to counsel before the conference.

DATED: March 6, 2023

_____
Cristina D. Silva
United States District Judge