KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

BARNES & THORNBURG LLP
Terri Bruksch *(pro hac vice forthcoming)*
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: terri.bruksch@btlaw.com

Attorneys for Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc., DePuy Products, Inc., and DePuy Synthes, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL ELLISON and HARVEY ELLISON,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; MEDICAL DEVICE BUSINESS SERVICES, INC., fka DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES, INC.; JOHNSON & JOHNSON INTERNATIONAL; and JOHNSON & JOHNSON,<br><br>Defendants. | Case No. 2:23-cv-00011-CDS-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES**<br><br>**(FIRST REQUEST)** |

Plaintiffs Cheryl Ellison and Harvey Ellison and Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc. fka DePuy Orthopaedics, Inc., DePuy Products, Inc., and DePuy Synthes, Inc. (the "DePuy Defendants") stipulate to extend the parties' pretrial deadlines, including the deadline to submit the parties' joint pretrial order and to refile motion to exclude the opinions of certain plaintiffs' experts (ECF No. 27), motion in limine (ECF No. 32), and motion in limine (omnibus) (ECF No. 33) for a period of 30 days, from April 30, 2023 to May 30, 2023.

This is the first request to extend these deadlines and is made to permit the parties continue to work on and narrow down the issues in the pretrial order and pretrial motions.

| HARRISON DAVIS MORRISON JONES PC | KAEMPFER CROWELL |
|---|---|
| /s/ Matthew Morrison | /s/ Robert McCoy |
| Matthew Morrison (*pro hac vice*)<br>Christy Hix (*pro hac vice*)<br>5 Ritchie Road<br>Waco, Texas 76712 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| WETHERALL GROUP, LTD.<br>Peter C. Wetherall, No. 4414<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074 | BARNES & THORNBURG LLP<br>Terri Bruksch (*pro hac vice forthcoming*)<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 |
| Attorneys for Plaintiffs Cheryl Ellison and Harvey Ellison | Attorneys for Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc., DePuy Products, Inc., and DePuy Synthes, Inc. |

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

Dated: April 24, 2023

Page 2 of 3