| | |
|---|---|
| 1 | **HARRISON DAVIS MORRISON JONES, PC**<br>Matthew J. Morrison *(pro hac vice)* |
| 2 | Christina A. Hix *(pro hac vice)*<br>5 N. Ritchie Road |
| 3 | Waco, Texas 76712<br>Telephone: (254) 761-3300 |
| 4 | Facsimile: (254) 761-3301<br>Email: matt@thetriallawyers.com |
| 5 | Email: christy@thetriallawyers.com |
| 6 | **WETHERALL GROUP, LTD**<br>Peter Wetherall |
| 7 | NV Bar No. 4414<br>6671 S. Las Vegas Blvd., Ste 210 |
| 8 | Las Vegas, NV 89119<br>Telephone: (702) 838-8500 |
| 9 | Facsimile: (702) 837-5081<br>Email: pwetherall@wetherallgroup.com |
| 10 | |
| 11 | Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 14 | CHERYL ELLISON and HARVEY ELLISON | Case No. 2:23-cv-00011-CDS-EJY |
| 15 | Plaintiffs | |
| 16 | vs. | |
| 17 | JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; | **STIPULATION AND ORDER FOR EXTENSION OF DEADLINE FOR PLAINTIFFS' RESPONSE IN OPPOSITON TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| 18 | DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; MEDICAL | |
| 19 | DEVICE BUSINESS SERVICES, INC., fka DEPUY ORTHOPAEDICS, INC.; | |
| 20 | DEPUY SYNTHES, INC.; JOHNSON & JOHNSON INTERNATIONAL; and | **(FIRST REQUEST)** |
| 21 | JOHNSON & JOHNSON, | |
| 22 | Defendants | |

1

Plaintiffs Cheryl Ellison and Harvey Ellison and Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc. fka DePuy Orthopaedics, Inc., DePuy Products, Inc., and DePuy Synthes, Inc. (the "DePuy Defendants") stipulate to extend Plaintiffs' deadline to file Plaintiffs' response in opposition to Defendants' Motion for Summary Judgment (ECF No. 58) until no later than seven (7) days after the receipt of the later of the final deposition transcripts of the supplemental deposition of Dr. Sylvain and Dr. Nevins. Good cause exists for this stipulation of time to allow Plaintiffs' time to re-depose the doctors on matters related to Plaintiffs' response in opposition.

| HARRISON DAVIS MORRISON JONES, PC | KAEMPFER CROWELL |
|---|---|
| /s/ Matthew Morrison | /s/ Terri Bruksch |
| Matthew Morrison (*pro hac vice*) | Robert McCoy, No. 9121 |
| Christy Hix (*pro hac vice*) | Sihomara L. Graves, No. 13239 |
| 5 Ritchie Road | 1980 Festival Plaza Drive, Suite 650 |
| Waco, Texas 76712 | Las Vegas, Nevada 89135 |
| WETHERALL GROUP, LTD | BARNES & THORNBURG, LLP |
| Peter C. Wetherall, No. 4414 | Terri Bruksch (*pro hac vice forthcoming*) |
| 2580 St. Rose Parkway, Suite 330 | 11 South Meridian Street |
| Henderson, Nevada 89074 | Indianapolis, Indiana 46204 |
| Attorneys for Plaintiffs Cheryl and Harvey Ellison | Attorneys for Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc. fka DePuy Orthopaedic, Inc., DePuy Products, Inc., DePuy Synthes, Inc. |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  May 15, 2023

Although the stipulation is approved, counsel is reminded to consult and adhere to this district's local rules in the future, including the requirement that a "signature block must not begin on a separate page." LR IA 6-2.

2