KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

BARNES & THORNBURG LLP
Terri Bruksch *(pro hac vice forthcoming)*
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
Email: terri.briksch@btlaw.com

Attorneys for Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc., DePuy Products, Inc., and DePuy Synthes, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL ELLISON and HARVEY ELLISON,<br><br>Plaintiffs<br><br>vs.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; MEDICAL DEVICE BUSINESS SERVICES, INC., fka DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES, INC.; JOHNSON & JOHNSON INTERNATIONAL; and JOHNSON & JOHNSON,<br><br>Defendants | Case No. 2:23-cv-00011-CDS-EJY<br><br>**ORDER GRANTING CONDITIONALLY UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL DEADLINES**<br><br>**(SECOND REQUEST)**<br><br>**[ECF No. 61]** |

1   Defendants Johnson & Johnson, Johnson & Johnson International,
2   Johnson & Johnson Services, Inc., Medical Device Business Services, Inc.
3   fka DePuy Orthopaedics, Inc., DePuy Products, Inc., and DePuy Synthes, Inc.
4   (the "DePuy defendants") move to extend the parties' pretrial deadlines,
5   including the deadline to submit the parties joint pretrial order and to refile motion
6   to exclude the opinions of certain plaintiffs' experts (ECF No. 27), motion in
7   limine (ECF No. 32), and motion in limine (omnibus) (ECF No. 33) for a period of
8   30 days, from May 30, 2023 to June 29, 2023.
9   This is the second request to extend these deadlines. The parties
10  previously submitted a stipulation to extend the pretrial deadlines (ECF No. 56)
11  until May 30, 2023. The DePuy defendants seek this extension in order to
12  work on narrowing down the issues in the pretrial order and pretrial motions,
13  including continuing to meet and confer on pending motions in limine to narrow
14  the amount of contested issues. Plaintiffs have indicated that they do not oppose

this extension so long as it does not alter the current tentative date of trial—October 30, 2023. (ECF No. 55).

| HARRISON DAVIS MORRISON JONES, PC | KAEMPFER CROWELL |
|---|---|
| /s/ Matthew Morrison<br>Matthew Morrison *(pro hac vice)*<br>Christina Hix *(pro hac vice)*<br>5 North Ritchie Road<br>Waco, Texas 76712 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| WETHERALL GROUP, LTD.<br>Peter C. Wetherall, No. 4414<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074 | BARNES & THORNBURG LLP<br>Terri Bruksch *(pro hac vice forthcoming)*<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 |
| Attorney for Plaintiffs<br>Cheryl Ellison and Harvey Ellison | Attorneys for Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc., DePuy Products, Inc., and DePuy Synthes, Inc. |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 23, 2023