KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

BARNES & THORNBURG LLP
Terri Bruksch *(pro hac vice)*
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: terri.briksch@btlaw.com

THOMAS COMBS & SPANN, PLLP
Daniel R. Higginbotham *(pro hac vice)*
300 Summers Street, Suite 1380
Charleston, West Virginia 25301
Telephone: (304) 414-1800
Facsimile: (304) 414-1801
Email: dhigginbotham@tcspllc.com

BUTLER SNOW LLP
Amy Pepke *(pro hac vice)*
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Email: amy.pepke@butlersnow.com

BUTLER SNOW LLP
Kimberly Bueno *(pro hac vice)*
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Telephone: (737) 802-1800
Facsimile: (737) 802-1801
Email: kim.bueno@butlersnow.com

Attorneys for Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc., DePuy Products, Inc., and DePuy Synthes, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL ELLISON and HARVEY ELLISON,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; | Case No. 2:23-cv-00011-CDS-EJY<br><br>**STIPULATION AND ORDER REGARDING MEDICAL RECORD AUTHORIZATIONS**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | DEPUY ORTHOPAEDICS, INC.; DEPUY PRODUCTS, INC.; MEDICAL DEVICE BUSINESS SERVICES, INC., fka DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES, INC.; JOHNSON & JOHNSON INTERNATIONAL; and JOHNSON & JOHNSON, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Plaintiffs Cheryl Ellison and Harvey Ellison and Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc. fka DePuy Orthopaedics, Inc., DePuy Products, Inc., and DePuy Synthes, Inc. (the "DePuy Defendants") stipulate as follows:

On or before July 12, 2023, or as soon as reasonably practical, Plaintiffs will provide the DePuy Defendants with an updated medical records authorization signed by Cheryl Ellison to obtain supplemental records from those providers who have previously produced records in this matter and from the date of the most recent record through the time of trial ("the Supplemental Records"). Plaintiffs further agree to provide signatures on proprietary authorizations as required by Cheryl Ellison's medical providers between now and trial. To the extent Cheryl Ellison has visited physicians or health care providers for whom records have not been previously produced, including but not limited to her Primary Care Providers, Plaintiffs agree to allow the DePuy Defendants to collect medical records from those providers as well. Records requests sent to providers whose records have not been previously produced will be limited in time from June 30, 2022 until the date of trial in this matter.

In exchange for timely receipt of these signed authorizations, the DePuy Defendants agree not to use the Supplemental Records as a basis for designating case-specific experts or opinions before trial unless Plaintiffs' experts first supplement their opinions based upon a substantial change in Cheryl Ellison's condition. Such opinions by the DePuy Defendants' expert(s), if any, shall not include new case-specific opinions based on any previously produced medical records or information but instead shall be limited to the alleged substantial change in condition reflected in the Supplemental Records. Should such supplementation occur by Plaintiffs' expert(s), Plaintiffs and the DePuy Defendants reserve all rights under the rules and case law to pursue or, alternatively, object to any expert supplementation or designation.

| HARRISON DAVIS MORRISON JONES, PC | KAEMPFER CROWELL |
|---|---|
| /s/ Matthew Morrison<br>Matthew Morrison *(pro hac vice)*<br>Christina Hix *(pro hac vice)*<br>5 North Ritchie Road<br>Waco, Texas 76712 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| WETHERALL GROUP, LTD.<br>Peter C. Wetherall, No. 4414<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074 | BARNES & THORNBURG LLP<br>Terri Bruksch *(pro hac vice)*<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 |
| Attorneys for Plaintiffs<br>Cheryl Ellison and Harvey Ellison | BUTLER SNOW LLP<br>Amy Pepke *(pro hac vice)*<br>6075 Poplar Avenue, Suite 500<br>Memphis, Tennessee 38119 |
| | BUTLER SNOW LLP<br>Kimberly Bueno *(pro hac vice)*<br>1400 Lavaca Street, Suite 1000<br>Austin, Texas 78701 |

THOMAS COMBS & SPANN, PLLP
Daniel R. Higginbotham *(pro hac vice)*
300 Summers Street, Suite 1380
Charleston, West Virginia 25301

Attorneys for Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc., DePuy Products, Inc., and DePuy Synthes, Inc.

**ORDER**

IT IS SO ORDERED.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

DATED: July 11, 2023