| | | |
|---|---|---|
| 1 | KAEMPFER CROWELL<br>Robert McCoy, No. 9121 | BUTLER SNOW LLP<br>Amy Pepke *(pro hac vice)* |
| 2 | Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650 | 6075 Poplar Avenue, Suite 500<br>Memphis, Tennessee 38119 |
| 3 | Las Vegas, Nevada 89135<br>Telephone: (702) 792-7000 | Telephone: (901) 680-7200<br>Facsimile: (901) 680-7201 |
| 4 | Facsimile: (702) 796-7181<br>Email: rmccoy@kcnvlaw.com | Email: amy.pepke@butlersnow.com |
| 5 | Email: sgraves@kcnvlaw.com | BUTLER SNOW LLP<br>Kimberly Bueno *(pro hac vice)* |
| 6 | BARNES & THORNBURG LLP<br>Terri Bruksch *(pro hac vice)* | 1400 Lavaca Street, Suite 1000<br>Austin, Texas 78701 |
| 7 | 11 South Meridian Street<br>Indianapolis, Indiana 46204 | Telephone: (737) 802-1800<br>Facsimile: (737) 802-1801 |
| 8 | Telephone: (317) 236-1313<br>Facsimile: (317) 231-7433 | Email: kim.bueno@butlersnow.com |
| 9 | Email: terri.briksch@btlaw.com | |
| 10 | THOMAS COMBS & SPANN, PLLP<br>Daniel R. Higginbotham *(pro hac vice)* | |
| 11 | 300 Summers Street, Suite 1380<br>Charleston, West Virginia 25301 | |
| 12 | Telephone: (304) 414-1800<br>Facsimile: (304) 414-1801 | |
| 13 | Email: dhigginbotham@tcspllc.com | |
| 14 | Attorneys for Defendants Johnson &<br>Johnson, Johnson & Johnson | |
| 15 | International, Johnson & Johnson<br>Services, Inc., Medical Device Business | |
| 16 | Services, Inc., DePuy Products, Inc., and<br>DePuy Synthes, Inc. | |
| 17 | | |
| 18 | UNITED STATES DISTRICT COURT | |
| 19 | DISTRICT OF NEVADA | |
| 20 | CHERYL ELLISON and HARVEY ELLISON, | Case No. 2:23-cv-00011-CDS-EJY |
| 21 | Plaintiffs, | |
| 22 | vs. | **MOTION TO REMOVE ATTORNEYS FROM CASE AND ELECTRONIC SERVICE LIST** |
| 23 | JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; | |
| 24 | | |

|  |  |
|---|---|
| 1<br>2<br>3<br>4<br>5 | DEPUY ORTHOPAEDICS, INC.;<br>DEPUY PRODUCTS, INC.; MEDICAL DEVICE BUSINESS SERVICES, INC., fka DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES, INC.; JOHNSON & JOHNSON INTERNATIONAL; and JOHNSON & JOHNSON,<br><br>                    Defendants. |

Defendants Johnson & Johnson Services, Inc., DePuy Products, Inc., Medical Device Business Services, Inc. f/k/a DePuy Orthopaedics, Inc., DePuy Synthes, Inc., Johnson & Johnson International, and Johnson & Johnson (collectively, "Defendants") request that the following attorneys be removed from this case and CM/ECF System Service List and court docket in this case:

| | |
|---|---|
| Jessica D. Miller | jessica.miller@skadden.com |
| John H. Beisner | john.beisner@skadden.com |
| Michael V. Powell | mpowell@lockelord.com |
| Seth Michael Roberts | sroberts@lockelord.com |

While the above referenced attorneys appeared on behalf of Defendants prior to remand to this Court from the MDL, they will not be appearing on remand.

KAEMPFER CROWELL

_____
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

BARNES & THORNBURG LLP
Terri Bruksch (pro hac vice)
11 South Meridian Street
Indianapolis, Indiana 46204

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated:  November 3, 2023