| | |
|---|---|
| KAEMPFER CROWELL<br>Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>Telephone:  (702) 792-7000<br>Facsimile:  (702) 796-7181<br>Email: rmccoy@kcnvlaw.com<br>Email: sgraves@kcnvlaw.com | BUTLER SNOW LLP<br>Amy Pepke *(pro hac vice)*<br>6075 Poplar Avenue, Suite 500<br>Memphis, Tennessee 38119<br>Telephone:  (901) 680-7200<br>Facsimile:  (901) 680-7201<br>Email: amy.pepke@butlersnow.com |
| BARNES & THORNBURG LLP<br>Terri Bruksch *(pro hac vice)*<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone:  (317) 236-1313<br>Facsimile:  (317) 231-7433<br>Email: terri.bruksch@btlaw.com | BUTLER SNOW LLP<br>Kimberly Bueno *(pro hac vice)*<br>1400 Lavaca Street, Suite 1000<br>Austin, Texas 78701<br>Telephone:  (737) 802-1800<br>Facsimile:  (737) 802-1801<br>Email: kim.bueno@butlersnow.com |
| THOMAS COMBS & SPANN, PLLP<br>Daniel R. Higginbotham *(pro hac vice)*<br>300 Summers Street, Suite 1380<br>Charleston, West Virginia 25301<br>Telephone:  (304) 414-1800<br>Facsimile:  (304) 414-1801<br>Email: dhigginbotham@tcspllc.com | |

Attorneys for Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc., DePuy Products, Inc., and DePuy Synthes, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL ELLISON and HARVEY ELLISON,<br><br>         Plaintiffs<br><br>vs.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; | Case No. 2:23-cv-00011-CDS-EJY<br><br>**Order Granting Stay Pending Settlement** |

| | |
|---|---|
| DEPUY PRODUCTS, INC.; MEDICAL DEVICE BUSINESS SERVICES, INC., fka DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES, INC.; JOHNSON & JOHNSON INTERNATIONAL; and JOHNSON & JOHNSON, | |
| Defendants | |

Plaintiffs Cheryl Ellison and Harvey Ellison and Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc., DePuy Products, Inc., and DePuy Synthes, Inc. advise the Court they have reached an agreement to resolve this matter.

It will likely take several weeks before the settlement is finalized and the case is ready for dismissal. The parties jointly stipulate and request that all deadlines and other proceedings in this case be stayed for 60 days, until Monday, May 20, 2024 to allow time for the dismissal to be prepared. In the event the matter is not ready for dismissal by that date, the parties will file a joint status report to inform the Court of the status of the dismissal.

| | |
|---|---|
| HARRISON DAVIS MORRISON JONES, PC | KAEMPFER CROWELL |
| /s/ Matthew Morrison | /s/ Robert McCoy |
| Matthew Morrison *(pro hac vice)* <br> Christina Hix *(pro hac vice)* <br> 5 North Ritchie Road <br> Waco, Texas 76712 | Robert McCoy, No. 9121 <br> Sihomara L. Graves, No. 13239 <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, Nevada 89135 |
| WETHERALL GROUP, LTD. <br> Peter C. Wetherall, No. 4414 <br> 2580 St. Rose Parkway, Suite 330 <br> Henderson, Nevada 89074 | BARNES & THORNBURG LLP <br> Terri Bruksch *(pro hac vice)* <br> 11 South Meridian Street <br> Indianapolis, Indiana 46204 |
| Attorneys for Plaintiffs <br> Cheryl Ellison and Harvey Ellison | |

|   |   |
|---|---|
| 1 | BUTLER SNOW LLP |
| 2 | Amy Pepke *(pro hac vice)* |
|   | 6075 Poplar Avenue, Suite 500 |
| 3 | Memphis, Tennessee 38119 |
| 4 | BUTLER SNOW LLP |
|   | Kimberly Bueno *(pro hac vice)* |
| 5 | 1400 Lavaca Street, Suite 1000 |
|   | Austin, Texas 78701 |

BUTLER SNOW LLP
Amy Pepke *(pro hac vice)*
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119

BUTLER SNOW LLP
Kimberly Bueno *(pro hac vice)*
1400 Lavaca Street, Suite 1000
Austin, Texas 78701

THOMAS COMBS & SPANN, PLLP
Daniel R. Higginbotham *(pro hac vice)*
300 Summers Street, Suite 1380
Charleston, West Virginia 25301

Attorneys for Defendants Johnson & Johnson, Johnson & Johnson International, Johnson & Johnson Services, Inc., Medical Device Business Services, Inc., DePuy Products, Inc., and DePuy Synthes, Inc.

**ORDER**

Based on the parties' stipulation, the request to stay this matter pending settlement [ECF No. 129] is GRANTED. The parties are ordered to file a stipulation of dismissal, or a joint status report addressing the status of settlement, on or before May 20, 2024.

_____
UNITED STATES DISTRICT JUDGE

DATED:   March 25, 2024