HARRISON DAVIS MORRISON JONES, PC
Matthew J. Morrison (*pro hac vice*)
Christina A. Hix (*pro hac vice*)
Jordan Havard (*pro hac vice*)
5 N. Ritchie Road
Waco, Texas 76712
Telephone: (254) 761-3300
Facsimile: (254) 761-3301
Email: matt@thetriallawyers.com
Email: christy@thetriallawyers.com
Email: jordan@thetriallawyers.com

WETHERALL GROUP, LTD
Peter Wetherall
NV Bar No. 4414
2580 St. Rose Parkway
Henderson, NV 89074
Telephone (712) 838-8500
Facsimile: (702) 8375081
Email: pwetherall@wetherallgroup.com

Counsel for Plaintiffs,
Cheryl Ellison and Harvey Ellison

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL ELLISON and HARVEY ELLISON,<br><br>Plaintiffs<br><br>vs.<br><br>JOHNSON & JOHNSON SERVICES, INC.; DEPUY PRODUCTS, INC.; MEDICAL DEVICE BUSINESS SERVICES, INC., fka DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES, INC.; JOHNSON & JOHNSON INTERNATIONAL; and JOHNSON & JOHNSON,<br><br>Defendants | Case No. 2:23-cv-00011-CDS-EJY<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned matter is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

Respectfully submitted,

HARRISON DAVIS MORRISON JONES PC


/s/ Matthew Morrison
Matthew Morrison (*pro hac vice*)
Christy Hix (*pro hac vice*)
Jordan Havard (*pro hac vice*)
5 Ritchie Road
Waco, Texas 76712

WETHERALL GROUP, LTD.
Peter C. Wetherall, No. 4414
2580 St. Rose Parkway
Henderson, NV 89074

**Attorneys for Plaintiffs**
**Cheryl Ellison and Harvey Ellison**


KAEMPFER CROWELL


/s/  Robert McCoy
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

BARNES & THORNBURG LLP
Terri Bruksch *(pro hac vice)*
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: terri.bruksch@btlaw.com

THOMAS COMBS & SPANN, PLLP
Daniel R. Higginbotham *(pro hac vice)*
300 Summers Street, Suite 1380
Charleston, West Virginia 25301
Telephone: (304) 414-1800
Facsimile: (304) 414-1801
Email: dhigginbotham@tcspllc.com

BUTLER SNOW LLP
Amy Pepke *(pro hac vice)*
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Email: amy.pepke@butlersnow.com

BUTLER SNOW LLP
Kimberly Bueno *(pro hac vice)*
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Telephone: (737) 802-1800
Facsimile: (737) 802-1801
Email: kim.bueno@butlersnow.com

***Attorneys for Defendants***

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to vacate the June 5, 2024 status conference and to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:     May 29, 2024